Nancy K. McCombs (CSBN 163629)
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone:  (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NICHOLAS ACZEL,

    Plaintiff,

  v.

CAROLYN W. COLVIN,
Commissioner of the Social Security
Administration,

    Defendant

Civil Action No. 3:14-CV-1766-JCS

**STIPULATED REQUEST EXTENDING TIME TO FILE RESPONSE TO CROSS-MOTION FOR SUMMARY JUDGMENT AND ~~PROPOSED~~ ORDER**

The parties request that plaintiff shall have an additional twenty days, to and including January 12, 2015, in which to respond to defendant's cross-motion for summary judgment.  This is a change from the original date of December 26, 2014. The dates were calculated from December 12, 2014, when Defendant filed their notice, motion, and memorandum in support of cross-motion for summary judgment.

(2) Plaintiff seeks additional time due to Attorney Nancy McCombs' heavy case load and she will be out of the country over the holidays.

///
///
///

-1-

| | | | |
|---|---|---|---|
| 1 | DATED: December 19, 2014 | By: | /S/ *Nancy K. McCombs* |
| 2 | | | NANCY K. MCCOMBS, |
| | | | Attorney for Plaintiff |
| 3 | DATED: _____ | By: | /S/ *Marla K. Letellier* |
| 4 | | | MARLA LETELLIER, |
| | | | Special Assistant United States Attorney |
| 5 | | | MELINDA L. HAAG |
| | | | United States Attorney |

IT IS SO ORDERED:

DATED:   12/23/14                By:   _____
                                       Joseph C. Spero
                                       Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

-2-